1 | BENJAMIN B. WAGNER
United States Attorney
2 | HEIKO COPPOLA
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2770



AUG 10 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK



7                IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9                                    2 10 - SW - 338   DAD

10 | IN RE: SEALING OF AN                )
APPLICATION, AFFIDAVIT AND    )    Case No.
11 | SEARCH WARRANT                      )
                                      )
12 |                                   )           **SEALING ORDER**
                                      )
13 |                                   )
                                      )
14 |                                   )
                                      )
15 | _____  )

16                  **S E A L I N G   O R D E R**

17

18      Upon Application of the United States of America and good

19 | cause having been shown, IT IS HEREBY ORDERED that the

20 | Application for Search Warrant, the Affidavit in Support of the

21 | Search Warrant, the Search Warrant and this sealing order in the

22 | above-captioned matter be, and ARE hereby ordered, SEALED until

    | further order of this Court.
23
    | DATED: August  10 , 2010
24
                                        _____
25                                      DALE A. DROZD
                                        U.S. District Judge
26

27

28