BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

FILED

OCT 20 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE:                              )   NO. 2:10-CR-338 DAD
                                    )
SEALED SEARCH WARRANT AND           )   GOVERNMENT'S EX-PARTE
APPLICATION                         )   MOTION TO UNSEAL SEARCH
                                    )   WARRANT AND APPLICATION
_____)

   On August 10, 2010, an application was filed and a search warrant issued in the above case.  Since the search warrant has now been executed, it is no longer necessary for the above file to remain sealed.  The government respectfully requests that the application and search warrant in the above case be unsealed.

DATED: October 19, 2011           Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney

                              By: /s/ Heiko P. Coppola
                                  HEIKO P. COPPOLA
                                  Assistant U.S. Attorney

                        ORDER

SO ORDERED.

DATED: 10/19/11                   _____
                                  HON. DALE A. DROZD
                                  U.S. Magistrate Judge

1